CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ernesto Torres MARTINEZ**<br>DOB: 2001; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>23-08483MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about January 17, 2023, in the District of Arizona, **Ernesto Torres MARTINEZ** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: four (4) ProMAG 7.61x39 magazines (30 round capacity); one (1) U.S. Palms 7.62x39 magazine (30 round capacity); one (1) Smith & Wesson M&P, .22LR magazine; three (3) ProMAG, .223 (5.56) magazines (42 round capacity); (50 ea.) Hornady Critical Defense 9 mm bullets; and (40 ea.) TCW, 7.62x39 bullets, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 17, 2023, **Ernesto Torres MARTINEZ** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a 2010 Honda Accord with Mexico license plate VYK064B driven by sole occupant **Ernesto Torres MARTINEZ**. CBPOs asked **MARTINEZ** if he had any currency over $10,000, weapons, or ammunition to declare to which he denied having any of these items. **MARTINEZ** told officers that he was returning from Walmart in Nogales, Arizona, and going to Nogales, Sonora. After CBPOs asked **MARTINEZ** to turn off his vehicle three times, he absconded from CBPOs in the vehicle and began driving through the port of entry towards Mexico. CBPOs pursued **MARTINEZ** and successfully closed and locked the international gate separating the Mariposa Port of Entry in Nogales, Arizona from Nogales, Sonora, Mexico before **MARTINEZ** could flee and enter Mexico. **MARTINEZ** was subsequently apprehended. During a search of the vehicle, CBPOs discovered four (4) ProMAG 7.61x39 magazines (30 round capacity); one (1) U.S. Palms 7.62x39 magazine (30 round capacity); one (1) Smith & Wesson M&P, .22LR magazine; three (3) ProMAG, .223 (5.56) magazines (42 round capacity); (50 ea.) Hornady Critical Defense 9 mm bullets; and (40 ea.) TCW, 7.62x39 bullets. The magazines were discovered underneath the driver and front passenger seats and inside the driver side door pocket. One box of ammunition was discovered inside **MARTINEZ's** pants pocket, one inside the driver's seat rear seat pocket, and two in the center console area beneath the radio. The .22 caliber magazine was discovered inside **MARTINEZ's** front pants pocket.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA R. Arellano _Raquel Arellano_<br>Digitally signed by RAQUEL ARELLANO Date: 2023.01.18 13:07:06 -07'00' | SIGNATURE OF COMPLAINANT<br>MATTHEW W FERRE<br>Digitally signed by MATTHEW W FERRE<br>Date: 2023.01.18 13:13:53 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Matthew W. Ferre |
| **Sworn by telephone   x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 18, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

23-08483MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

In a post-*Miranda* interview, **MARTINEZ** admitted that he needed to make extra money and entered into an agreement with someone in Mexico to smuggle the ammunition and magazines from the U.S. into Mexico in exchange for money. **MARTINEZ** admitted that he traveled to Phoenix, Arizona, on January 16, 2023, and purchased the ammunition at an unknown pawn shop and the magazines from an individual. **MARTINEZ** planned to give all the items to someone in Mexico where he would be paid an unknown amount of money.

The ammunition and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **MARTINEZ** does not possess a license to export ammunition or magazines into Mexico.